UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

RICHARD CAMERON,

        Plaintiff,

    v.                                                    ACTION NO. 4:24cv56

AECOM,

        Defendant.

## DISMISSAL ORDER

Plaintiff Richard Cameron ("Plaintiff"), appearing *pro se*, submitted an application to proceed *in forma pauperis* ("IFP Application"), along with a proposed Complaint. IFP Appl., ECF No. 1; Proposed Compl., ECF No. 1-1. Upon review, the Court determined that the financial information set forth in Plaintiff's IFP Application required clarification and/or correction. Order at 1, ECF No. 2.

In an Order entered on September 17, 2024, the Court explained that "[w]ithout a clearer understanding of Plaintiff's financial situation, the Court is unable to determine whether Plaintiff qualifies for *in forma pauperis* status." *Id.* at 2. As a result, the Court denied Plaintiff's IFP Application and stated: "If Plaintiff would like to proceed with this action, Plaintiff is **ORDERED** to either: (i) remit the $350.00 filing fee and $55.00 administrative fee; or (ii) submit a clear and complete IFP Application to the Court for consideration." *Id.* The Court specifically warned Plaintiff that this action would be dismissed without prejudice if Plaintiff failed to comply with

the terms of the September 17, 2024 Order within thirty days. *Id.* (citing Fed. R. Civ. P. 41(b)).

More than thirty days have passed, and Plaintiff has not paid the requisite fees or submitted another IFP Application to the Court for consideration. Accordingly, this matter is hereby **DISMISSED** without prejudice.

Plaintiff may appeal this Dismissal Order by forwarding a written notice of appeal to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607. The written notice must be received by the Clerk within thirty days of the date of entry of this Dismissal Order. If Plaintiff wishes to proceed *in forma pauperis* on appeal, the application to proceed *in forma pauperis* shall be submitted to the Clerk of the United States District Court, Newport News Division, 2400 West Avenue, Newport News, Virginia 23607.

The Clerk is **DIRECTED** to please send a copy of this Dismissal Order to Plaintiff Richard Cameron.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Newport News, Virginia
October 24, 2024