UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division

RICHARD CAMERON,

        Plaintiff,

    v.                                    ACTION NO. 4:24cv56

AECOM,

        Defendant.

## **FINAL ORDER**

This matter is before the Court in this closed case on *pro se* Plaintiff's second application to proceed *in forma pauperis* ("Second IFP Application"). Second IFP Appl., ECF No. 6. For the reasons set forth below, Plaintiff's Second IFP Application, ECF No. 6, is **DENIED**.

Plaintiff initiated this action on April 2, 2024, by filing an application to proceed *in forma pauperis* ("IFP Application") and a proposed Complaint. IFP Appl., ECF No. 1; Proposed Compl., ECF No. 1-1. Upon review, the Court determined that the financial information set forth in Plaintiff's IFP Application required clarification and/or correction. Order at 1, ECF No. 2.

In an Order entered on September 17, 2024, the Court denied Plaintiff's IFP Application and stated: "If Plaintiff would like to proceed with this action, Plaintiff is **ORDERED** to either: (i) remit the $350.00 filing fee and $55.00 administrative fee; or (ii) submit a clear and complete IFP Application to the Court for consideration." *Id.* at 2. The Court specifically warned Plaintiff that this action would be dismissed

without prejudice if Plaintiff failed to comply with the terms of the September 17, 2024 Order within thirty days. *Id.* (citing Fed. R. Civ. P. 41(b)).

More than thirty days passed, and Plaintiff did not pay the requisite fees or submit another IFP Application to the Court for consideration. Therefore, the Court dismissed this action without prejudice on October 24, 2024. Dismissal Order at 1–2, ECF No. 3. After the Court dismissed this action, Plaintiff filed a Second IFP Application. Second IFP Appl. at 1–5.

Because this action has been closed, Plaintiff's Second IFP Application is unwarranted and is hereby **DENIED**. However, Plaintiff is ADVISED that this action was dismissed without prejudice. Thus, Plaintiff is free to pursue his claims in a new civil action, if he so chooses.

The Clerk is **DIRECTED** to please send a copy of this Final Order to Plaintiff Richard Cameron.

**IT IS SO ORDERED.**

/s/
Arenda L. Wright Allen
United States District Judge

Newport News, Virginia
December 3, 2024

2